EXHIBIT 10 Errata

I, Inspector Lilliam Irizarry Dones make the following statement under penalty of perjury pursuant to 17 U.S.C. § 1746:

Yo, Inspectora Lilliam Irizarry Dones declaro lo siguiente bajo pena de perjurio de acuerdo con 17 U.S.C. §1746:

1. The most important aspect of my job is supervising while preventing or detecting crimes, I carry out investigations or inspections of all violations of law; investigating all violations of the law; patrolling on foot or in my patrol car; pursuing, restraining, and apprehending suspects; interviewing witnesses; interrogating suspects and taking finger prints from suspects; preparing investigative reports; and other similar tasks.

   El aspecto más importante de mi trabajo es supervisando para prevenir o detectar crímenes, llevar a cabo investigaciones o inspecciones de todas las violaciones de ley; realizar investigaciones o inspecciones para violaciones de ley; realizar vigilancia; perseguir, restringir, y aprehender a sospechosos; entrevistar a testigos; interrogar y levantar huellas digitales a sospechosos; preparar informes investigativos; y otros trabajos similares.

2. I spend the majority of my time performing operational and not managerial, administrative, or supervisory functions.

   Paso la mayoría de mi tiempo realizando funciones operacionales no gerenciales, administrativas o de supervisión.

3. On most occasions there is simply no time to be in the office performing administrative work.

   En la mayoría de las ocasiones, no hay tiempo para estar en la oficina realizando trabajo administrativo.

4. I am not free from direct supervision, instead I execute my supervisors' orders.

   Yo no estoy libre de supervisión directa, sino que llevo a cabo las órdenes de sus supervisores.

5. The Municipality of San Juan knows the overtime hours that I work because for years I have punched in and out of work, and I report those hours on the payroll sheets. El

1

Municipio de San Juan tiene conocimiento de las horas extras que él trabaja, ya que por años las reporto en mis hojas de nómina y porque poncho.

6. The only overtime hours for which the Municipality of San Juan has paid me have been for overtime hours I worked during the Fiestas de la Calle San Sebastian. Before and after the Fiestas, we were required to punch in and punch out at the Rio Piedras precinct. Since Executive Order 40 was enacted on November 10, 2022, at the discretion of the Commissioner, I have sometimes been paid overtime hours for extraordinary activities such as storms, community meetings, and other events.

7. Las únicas horas extras por las cuales me han sido remuneradas fue por las de la actividad de las Fiestas de la Calle San Sebastian. Desde que se promulgó la orden ejecutiva 40 el 10 de noviembre de 2022, en la discreción del Comisionado, a veces he recibido pago por horas extras por actividades como tormentas, reuniones de la comunidad, y otros sucesos.

8. If I work less than 40 hours in a week, the municipality subtracts that number of hours from my accumulated time from before being a ranking officer.

Si trabajo menos de 40 horas en una semana, el municipio las resta de mi tiempo acumulada antes de ser oficial con rango.

9. My equipment includes a flashlight, radio, gun, handcuffs, bullets, , bully stick, magazine, and a bulletproof vest, all the equipment of a line officer.

Mi equipo incluye una linterna, radio, pistola, esposas, balas, batón, pepper spray, magacín, y un chaleco antibalas, todo el equipo de un oficial de línea.

2

10. I have never seen a poster regarding overtime rights of non-exempt employees.

Nunca he visto un poster sobre los derechos al pago de las horas extras para empleados no exentos.

11. Form S-3 reflected how my time would be distributed.

El formulario itinerario S-3 reflejaba como el trabajo se distribuyia.

12. I was promoted to lieutenant in 2012.

El municipio me ascendió a teniente en el 2012.

13. As a lieutenant, I continued working in the Criminal Investigations Division with the same tasks with additional administrative work of creating operational plans which I then execute. Much of the work is focused on crimes against property such as burglaries, including where to patrol. When the police in my division arrests someone, I supervise the entire process from detention to fingerprinting to being the person before a Magistrate to testifying in court.

Como teniente, yo continuaba trabajando en la División con las mismas tareas con trabajo administrativo adicional de crear planes operacionales, los cuales ejecuto. Mucho del trabajo esta enfocado en delitos contra la propiedad tales como escalamientos, incluyendo donde patrullar. Cuando los policías de mi división arrestan a alguien, trabajo con el proceso entero desde la detención hasta que le llevan ante un Magistrado y a declarar en el Tribunal.

14. I was promoted to captain in 2022

El municipio me ascendió a capitana en el 2022.

15. As Captain, I continued working with the Criminal Investigation Division, doing the same work as before, including directing the Joint Task Force in

3

operations with the FBI. This work represented from 12 t o15 to 18 hours work in a row, with me working in those operations. I coordinated the integration of the members of the municipal police force with the state and federal officers.

Como capitán seguí trabajando con la División de Investigación Criminal, haciendo lo mismo que hacía como teniente. Dirigía la Oficina de Fuerzas Conjuntas. Este trabajo representaba desde 12, 15, y hasta 18 horas corridas. Coordinaba la integración del personal del policía municipal al task forcé con policías estatales y federales.

16. I was promoted to inspector in November 2023.

El municipio me ascendió a inspector en noviembre de 2023.

17. I have never been asked for my opinion as to promotions.

Nadie nunca me ha pedido una recomendación en cuanto a ascensos.

18. As a lieutenant, I work as an operational supervisor, frequently visiting each of the precincts in one shift.

Como teniente, yo trabajo como un supervisor operacional, a menudo visitando cada uno de los cuarteles en un turno.

19. I evaluate the operational and administrative work performed by the sergeants, while working with them and the line officers. The written evaluations were required annually.

Yo evalúo el trabajo operacional y administrativo de los sargentos, mientras trabajo con ellos y con los policías de línea. Las evaluaciones escritas se hacen anualmente.

20. I have never been consulted about who should be promoted.

Nunca me han consultado sobre a quien se debe ascender.

4

21. Extraordinary novelties-such as shootings, murders, arrests for controlled substances, among others that may generate news happen sporadically and being notified of them does not occupy a significant amount of my time. Novedades extraordinarias – tales como tiroteos, homicidios, arrestos de narco traficantes, entre otros, los cuales pueden generar noticias ocurren esporádicamente y recibir avisos de los mismos no me ocupa tiempo significativo.

22. Evaluating the work performance of sergeants and lieutenants and supervising that they comply with the task of evaluating the personnel under their supervision requires me to work side by side with the line officers, performing the same tasks they do occurs once annually and there represents approximately .1% of my time at work. Evaluando el trabajo del rendimiento de sargentos y tenientes velando que las y los sargentos cumplan con la tarea de evaluar el personal bajo su supervisión requiere que yo trabaje de lado a lado con las y los oficiales de línea, realizando las mismas tareas que ellas y ellos una vez al año y así representa .1% de mi tiempo en el trabajo.

23. I qualify each percentage with the word "approximately" because every day working in my job is very, not to say completely different from the day before. Califica cada por ciento con la palabra "aproximadamente" dado que cada día que trabajo en mi puesto es mucho, por no decir completamente diferente del día antes.

24. The post of operational supervisor means I supervise sergeants and line officers while participating in operations with them, working on crime prevention, crime detection, and crime investigation. In fact, the term operational supervisor refers to that supervisor's hands on participation

5

in the work that supervisor is supervising, not to supervision to the exclusion of operational, line officer work. I perform such work at the Placita, Calle Loiza, and other areas, primarily on weekends for long shifts.

El puesto de supervisor operacional, quiere decir que superviso sargentos, y oficiales de fila mientras participaba con ellos y ellas, trabajando en prevención de crimen, descubrimiento de crimen, e investigación de crimen. De hecho, el termino supervisor operacional refiere a la participación activa de la supervisión en el trabajo como tal. Realizo trabajo de esta índole en la Placita, Calle Loiza, y otras áreas, principalmente en fines de semana en turnos largos.

25. I have always performed more of the operational functions of a sergeant or a street cop than I did executive or administrative functions.

Siempre he realizado más funciones operacionales de un sargento o oficial de línea que funciones ejecutivas o administrativas.

26. I have only represented the Commissioner in meetings where I listen for information to convey. I have no authority to make decisions for the Commissioner.

Solo he representado al Comisionado en reuniones donde escucho a información para llevar. No tengo autoridad para tomar decisiones a nombre del Comisionado.

27. Inspecting personnel and equipment is part of working alongside those personnel and with that equipment. It was not administrative or strictly supervisory work; it was the same work that the line officers perform. I am always present in all judicial proceedings with my subordinates.

Inspeccionar personal y equipo es parte de trabajar al lado de dicho personal y con ese equipo. No es trabajo administrativo ni estrictamente trabajo de supervisión; es el mismo trabajo que todos y todas los y las policías realizan, yo siempre estoy presente en los procesos judiciales de los policías.

28. I do not have the authority to hire employees; discipline them; or fire them. I do refer

6

cases of misconduct to the disciplinary affairs unit.

No tengo la autoridad para reclutar empleados, y tomar medidas disciplinarias, ni despedirlas o los. Yo sí refiero casos de conducta inapropiada a la unidad de asunto disciplinarios.

29. My supervisors have called me to come to work while I am at home on a day off or simply after I have arrived home.

    Mis supervisors me han llamado para ir a trabajar mientras yo estoy en mi casa en un día o sencillamente cuando ya yo habia llegado a casa.

30. Training needs are reviewed periodically, not constantly and do not occupy a significant amount of my time on a daily basis.

    Los métodos de adiestramiento se revisan periódicamente, no continuamente y no ocupan una cantidad significativa de mi tiempo diariamente.

31. Discussing doubts or concerns regarding the instructions in the workplan does not occupy a significant amount of my time.

    Hablando de dudas o preocupaciones en cuanto a las instrucciones en el plan de trabajo no me ocupa una cantidad significativa de mi tiempo.

32. Since I worked side by side with the line officers, I was right there to let the line officers know that they could leave an assigned shift or take their meals. This is supervisory work that overlaps with line officer work.

    Dado que yo trabajaba de lado a lado con los y las policías de fila, yo estaba allí mismo para dejarles saber que podrían irse de un turno asignado y tomar sus alimentos. Esto es trabajo de supervisión que se enrede con trabajo de policías de fila.

33. Giving authorization to take a complaint is routine, and it takes an insubstantial amount of my time.

7

        Dando la autorización para hacer una querella es algo rutinario, y no me ocupa una cantidad sustancial de mi tiempo.

34. I did not spend a significant amount of time changing working plans due to acts of God.

        No paso una cantidad significativa de tiempo cambiando planos de trabajo debido a actos de Dios.

35. When I take control of emergency situations, I do so side by side with line officers.

        Cuando tomo control de situaciones de emergencia, lo hago de lado a lado con las y los policías de línea.

The above statement is true and correct under penalty of perjury.

Hago esta declaración bajo pena de perjurio.

_____
Inspector Lilliam Irizarry Dones

8